UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM L. PLATZ, JR., | Case No. 24-13041 |
| Plaintiff, | Judith E. Levy |
| v. | United States District Judge |
| DEMPSEY, | Curtis Ivy, Jr. |
| Defendant. | United States Magistrate Judge |
| _____/ | |

## ORDER ON MOTION TO AMEND COMPLAINT (ECF No. 14)

Plaintiff William L. Platz, Jr., filed this *pro se* civil rights complaint on November 18, 2024. (ECF No. 1). Plaintiff moved for leave to file his amended complaint under Fed. R. Civ. P. 15(a) on November 10, 2025, to include more facts. (ECF No. 14). This case was referred to the undersigned for all pretrial matters. (ECF No. 13).

Rule 15(a) provides that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). A party may amend their complaint as a matter of course no later than 21 days after serving it, or 21 days after service of a responsive pleading or motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1); s*ee Pertuso v. Ford Motor Credit Co.*, 233 F.3d 417, 421 (6th Cir. 2000) (Rule 15(a) "gives plaintiffs an absolute right to amend a complaint before a 'responsive pleading' is served."). Defendant Dempsey was not served until December 2,

2025, which is after Plaintiff filed his motion for leave. (ECF Nos. 16, 17). As of the date of this Order, Defendant has not filed an answer or a motion to dismiss. Plaintiff therefore does not need leave to amend his complaint. Plaintiff may amend his complaint once as a matter of course. Accordingly, his *Motion to Amend Plaintiff's Complaint* (ECF No. 14) is **TERMINATED AS MOOT**, and Plaintiff's *Amended Complaint* (ECF No. 15) is **ACCEPTED**.

    **IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: January 21, 2026                            s/Curtis Ivy, Jr.
                                                           Curtis Ivy, Jr.
                                                           United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 21, 2026, by electronic means and/or ordinary mail.

                                        s/Sara Krause
                                        Case Manager
                                        (810) 341-7850